```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:12-CR-00166 AWI-DLB
                                 )
12              Plaintiff,       )  STIPULATION AND
                                 )  ORDER FOR CONTINUANCE
13  v.                           )  OF STATUS CONFERENCE
                                 )
14  SALOOME MUHAMMAD,            )
                                 )
15              Defendant.       )
                                 )
16  ―――――――――――――――――――――――――――― )
```

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19 Attorney Eric G. Green, attorney for Saloome Muhammad, that the
20 status conference set for October 9, 2012 be continued to October 22,
21 2012 at 1:00 p.m.  Mr. Green is currently involved in a special
22 circumstances murder trial in Department 73 of Fresno County Superior
23 Court which will last beyond October 9.  Mr. Green also needs
24 additional time to review supplemental discovery provided by the
25 government and to pursue additional investigation.  The parties
26 further request the Court to enter an Order finding that the "ends of
27 justice" served by a continuance outweigh the interest of the public
28 and the defendant in a speedy trial, and that the delay occasioned by

such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 3, 2012                     Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: October 3, 2012                     /s/ Eric Green
                                           ERIC G. GREEN
                                           Attorney for Saloome Muhammad

**IT IS SO ORDERED.**

**Dated:   October 5, 2012**               **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE