1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  1:12-CR-00166 AWI

13              Plaintiff,                 STIPULATION TO CONTINUE MOTION HEARING

14       v.

15  SALOOME MUHAMMAD,

16              Defendant.

17

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19  and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Greene, attorney for the defendant, that the trial

20  confirmation and motion hearing set for October 9, 2013 at 1:30 pm before the Honorable Anthony W. Ishii

21  be  continued to October 21, 2013 at 1:30 p.m.  The reason for the request is because the hearing was

22  originally set for October 7, 2013 and continued by minute order to October 9, 2013 at 1:30, and undersigned

23  counsel has a prescheduled meeting for which the business day of October 9 had been set aside with several

24  parties in attendance on a time-sensitive matter, and the meeting cannot be timely rescheduled.

25       ///

26       ///

27       ///

28       ///

   U.S. v. Greene Motion Hearing Stipulation          1

1    As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the

2  delay from the filing of the motion through the conclusion of the hearing on such motion is excludable.

3  Additionally, time has already been excluded through the trial date of November 13, 2013.

4

5

6         Dated: October 7, 2013                          Respectfully submitted,

7                                                          BENJAMIN B. WAGNER
                                                           United States Attorney
8

9                                                   By     /s/ Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ
10                                                         Assistant U.S. Attorney

11
          Dated: October 7, 2013                           /s/ Eric Greene
12                                                         ERIC GREENE
                                                           Attorney for Saloome Muhammad
13

14  IT IS SO ORDERED.

15
    Dated:    October 8, 2013                    _____
16                                                  SENIOR  DISTRICT  JUDGE

17

18

19

20

21

22

23

24

25

26

27

28