| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:12-CR-00166 AWI |
| | Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING |
| | v. | |
| SALOOME MUHAMMAD, | | |
| | Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Greene, attorney for the defendant, that the trial confirmation and motion hearing set for October 21, 2013 at 1:30 pm before the Honorable Anthony W. Ishii be continued to November 4, 2013 at 1:30 p.m. The reason for the request is because a government witness is experiencing medical problems and needs the time through the next hearing to address the problems.

///

///

///

///

///

///

U.S. v. Greene Motion Hearing Stipulation

1

As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the delay from the filing of the motion through the conclusion of the hearing on such motion is excludable. Additionally, time has already been excluded through the trial date of November 13, 2013.

Dated: October 17, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: October 7, 2013

/s/ Eric Greene
ERIC GREENE
Attorney for Saloome Muhammad

IT IS SO ORDERED.

Dated: __October 18, 2013__

_____
SENIOR DISTRICT JUDGE

U.S. v. Greene Motion Hearing Stipulation